**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JULIA HART                *

                          *

        Plaintiff,     *

v.                     *     No. 4:22-cv-00345-JJV

                          *

KILOLO KIJAKAZI,     *

Acting Commissioner,     *

Social Security Administration,     *

                          *

        Defendant.     *

## ORDER AND JUDGMENT

Defendant filed an unopposed Motion to Remand this case (Doc. No. 20) pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand to conduct further proceedings and states opposing counsel has no objection to the requested remand.   Under the circumstances, a "sentence four" remand is appropriate.   *Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, the Commissioner's decision is reversed and remanded for action consistent with this opinion.   This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 3rd day of January 2023.

 

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE